UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES A. KENT,

        Plaintiff,                    Case No. 1:12cv176

v.                                       Hon. Robert J. Jonker

OFFICE OF HUMAN RESOURCES
MANAGER, DC COOK NUCLEAR POWER PLANT,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on June 20, 2013.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 20, 2013, is approved and adopted as the opinion of the court.

        **IT IS ORDERED** that based on the reasons detailed in the Report and Recommendation of the magistrate judge, plaintiff's complaint is **DISMISSED,** with prejudice under Rule 37 and 41.  (In addition to the failure to prosecute detailed by the Report and Recommendation, the Court notes plaintiff has failed to apprise the Court of a current address as required by Local Rule 41.1).

        **IT IS FURTHER ORDERED** that defendant is the prevailing party and may tax costs and seek attorney fees under Rules 37, 41, and 54, subject to the time limits of Rule 54.

                                                       /s/Robert J. Jonker
                                                          ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2013